

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

No.

Janata Montgomery

Plaintiff

CV16-00775 JLS(KK)

v.

Academy of Motion Pictures Arts and Sciences

Defendant



## PLAINTIFF PETITION

To the Honorable Judge of the Court:

Plaintiff, Janata Montgomery complains of defendant, Academy of Motion Pictures Arts and Sciences, as follows:

1. Plaintiff, is an annual devoted contributing viewer/, duly formed and existing under the laws of the State of Texas, having its principal place of business in Dallas, County, Texas.

2. Defendant, – Academy of Motion Pictures Arts and Sciences President is a corporation residing in Los Angeles, County, California, who may be served at 1313 Vine Street, Los Angeles, California 90028. Academy of Motion Pictures Arts and Sciences transact or has transacted business in this district and throughout the United States.

3. Plaintiff has no adequate remedy at law or otherwise for the harm or damage of the <u>Academy of Motion Pictures Arts and Sciences</u> that the plaintiff's public is clearly been deprived and oppressed by the dominance of an all-white Board of Governors, including, but not limited to, the recently appointed African-American President Cheryl Boone (hereafter, Ms. Boone) whom has served on the <u>Board of Governors panel for 21 years</u>. Yet, somehow she has not been able to fulfill an obligation to the public to exercise having a voice for her own community. If Ms. Boone is clearly not able to fix the situation or more unlikely unable to, then at least acknowledge it without having it being brought to Ms. Boone's attention. "With great power comes great responsibility" – Anonymous. Fear is obviously quite the cause of upper-class black people to whitewash and downplay their own blackness just to achieve social "success." And it is also obvious that there are social accolades or benefits of "acting outside of your community or acting white," in order to receive them.

4. The Academy of Motion Pictures Arts and Sciences fails to incorporate policies or guidelines in order to receive such prestigious awards on all levels, then, one must make sure that the directors are including blacks in different types of roles and not just slave –infested roles. The Academy Awards Ceremony has failed to reflect the Black community in many

different important categories. The Academy of Motion Pictures Arts and Sciences must sure that there is an adequate obligation to making sure the black films with black directors receive the same big budget funding and resources as other white communities has always benefited from for all these years.

5. The plaintiff claims that the discrimination allegations caused the plaintiff to suffer mental anguish, emotional distress, The Civil Rights Act of 1964 was violated when racial discrimination and loss of liberty (denial of free freedom to view creativity on all levels and harm to personal dignity because there were no reflection of the black community for film and other nominating categories. Although, The Academy of Motion Pictures Arts and Sciences is fully aware of the biasness there still no point of action in place.

6. Plaintiff, is seeking damages to create a paying six-figure position of being President of the Board of Governors or form a committee over the Board of Governors and the overseer to guard the respective duties of the Board of Governors since there has never been an even playing field, regarding the appointment of the Board of Governors and there needs to be an overseer of all activities, regarding Oscars, the ceremonies, official delegation of the arrangements, being kept abreast of everything that involves The Academy of Motion Pictures Arts and Sciences of 2016 (foregoing) and the Academy

of Motion Pictures Arts and Sciences museum, etc. For it is wrong to continuously violate my rights and be subjected to view a prestigious awards ceremony that does not reflect the values of our constitution of the United States.

- Civil Rights Act violated $2,000,000;
- $300,000 salary position

7. It is essential that defendant be restrained from doing and performing the acts described above, immediately and without notice hereof and hearing because the damages have already been done.

## **CLAIM FOR RELIEF**

Therefore, plaintiff respectfully requests that:

1. A temporary restraining order be issued, to continue in force until a day set for hearing on the application for a temporary injunction, or until the further order of this court, restraining defendant from The Academy of Motion Pictures Arts and Sciences. The court set a date and time for a hearing on notice of this application for a temporary injunction and that defendant be cited and notified to appear at that day and answer in this action;

2. On this hearing, a temporary injunction be granted and writ of injunction issue commanding defendant to cease and desist and refrain from having The Board of Governor's anywhere on the premises;

3. On this hearing, this temporary injunction be made permanent;

4. Plaintiff have and recover all court costs;

5. Plaintiff have all other and further relief to which <u>Janata Montgomery</u> may be entitled.

Janata Montgomery
P.O. Box 720504
Dallas, TX 75372
469/650-2795
Cubaware94th@yahoo.com

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** (Check box if you are representing yourself [✓])
JANATA MONTGOMERY

**DEFENDANTS** (Check box if you are representing yourself [ ])
ACADEMY OF MOTION PICTURES ARTS AND SCIENCES

**(b) County of Residence of First Listed Plaintiff** DALLAS
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant** LOS ANGELES
(IN U.S. PLAINTIFF CASES ONLY)

**(c) Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.
P.O. BOX 720504
DALLAS, TX 75372

**Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.
1313 VINE STREET,
LOS ANGELES, CALIFORNIA 90028

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- [ ] 1. U.S. Government Plaintiff
- [ ] 3. Federal Question (U.S. Government Not a Party)
- [✓] 2. U.S. Government Defendant
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [✓] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [✓] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)
- [✓] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [ ] Yes [✓] No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [✓] No  **MONEY DEMANDED IN COMPLAINT:** $ 2,300,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
The Civil Rights Act of 1964

**VII. NATURE OF SUIT** (Place an X in one box only).

440 Other Civil Rights [✓]

**FOR OFFICE USE ONLY:** Case Number: CV16-00775

CV-71 (10/14) — CIVIL COVER SHEET — Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court?<br>☐ Yes  ☒ No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?<br>☐ Yes  ☒ No<br><br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | B.1. Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question B.2. |
| | B.2. Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?<br>☐ Yes  ☒ No<br><br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | C.1. Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question C.2. |
| | C.2. Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☒ | ☒ |

| D.1. Is there at least one answer in Column A?<br>☐ Yes  ☒ No<br>If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | D.2. Is there at least one answer in Column B?<br>☐ Yes  ☐ No<br>If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ⬇ |
|---|---|

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes | ☒ No |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed in this court?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**Civil cases** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** Janata Montgomery      DATE: 1/29/2016

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
| --- | --- | --- |
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

